**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000090
26-JUN-2020
10:19 AM**

NO. CAAP-20-0000090

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
INDYMAC INDX MORTGAGE LOAN TRUST 2007-FLX1, MORTGAGE
PASSTHROUGH CERTIFICATES, SERIES 2007-FLX1, Plaintiff-Appellee,
v. NORMA PASCUAL RODIL, Defendant-Appellant,
and JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC181000457)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On February 21, 2020, self-represented Defendant-Appellant Norma Pascual Rodil (Rodil) filed the notice of appeal;

(2) On April 13, 2020, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that, among other things, the opening brief was due on or before May 26, 2020;

(3) Rodil failed to file the opening brief or request an extension of time;

(4) On June 9, 2020, the appellate clerk notified Rodil that the time for filing the opening brief had expired, the matter would be called to the court's attention on June 19, 2020, for appropriate action, which could include dismissal of the

appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Rodil could request relief from default by motion; and

(5) Rodil took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 26, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge